UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONTE MCCLELLON,

          Plaintiff,

v.

OPTIONSHOUSE, *et al.*,

          Defendants.

Case No. C19-427 JLR

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to Plaintiff.

Dated this 27th day of March, 2019.

                                        */s/ Michelle L. Peterson*
                                        MICHELLE L. PETERSON
                                        United States Magistrate Judge